**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 4, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00142-CV

### IN RE CYPRESS TEXAS LLOYDS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCV-177586**

### MEMORANDUM OPINION

Relator filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. On November 12, 2012, relator filed an unopposed motion to dismiss without prejudice to refiling because the parties have agreed to settle the underlying suit. The motion is granted and the petition for writ of mandamus is ordered dismissed as moot.

PER CURIAM

Panel consists of Justice Frost, Brown, and Christopher.